UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

IN RE WORLD TRADE CENTER                            21MC102(AKH)
LOWER MANHATTAN DISASTER
SITE LITIGATION
_____

HERMAN FRANCO,                                      08CV2621(AKH)

                              Plaintiff(s),         **NOTICE OF APPEARANCE**

        -against-

80 LAFAYETTE ASSOCIATES  LLC, et al.,

                              Defendants.
_____


        **PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel

for Defendants **MAYORE ESTATES LLC, 80 LAFAYETTE ASSOCIATES LLC,**

**MAYORE ESTATES LLC, and 80 LAFAYETTE ASSOCIATION LLC, AS TENANTS**

**IN COMMON ("MAYORE ESTATES/80 LAFAYETTE") for the building located at 22**

**Cortlandt Street (Subcellar Floors 1, 2, 3 and Floors 1, 2, 3), New York, New York 10007**,

in the above-captioned action and all future correspondence and papers filed or serviced in

connection with the above-captioned action are to be directed to the undersigned.

Dated:     New York, New York
           April 26, 2008


                                        Yours etc.,

                                        HARRIS BEACH PLLC
                                        *Attorneys for Defendant*
                                        **MAYORE     ESTATES     LLC,     80**
                                        **LAFAYETTE     ASSOCIATES     LLC,**
                                        **MAYORE     ESTATES     LLC,     and     80**
                                        **LAFAYETTE  ASSOCIATION  LLC, AS**
                                        **TENANTS IN COMMON**


                                        _____/s/_____
                                        Stanley Goos, Esq. (SG-7062)

100 Wall Street
New York, NY  10005
212 687-0100
212 687-0659 (Fax)

## CERTIFICATION AS TO SERVICE

The undersigned certifies that on April 26, 2008, I caused to be filed and served

the following document electronically via the Court's ECF system upon the parties:

1.  Notice of Appearance (of Defendants Mayore Estates LLC, 80 Lafayette
    Associates LLC, Mayore Estates LLC, and 80 Lafayette Association LLC, As
    Tenants in Common.

Dated: April 26, 2008

                                                  /s/
                                    Stanley Goos, Esq. (SG 7062)